245

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* MATHEWS
LUIS, Defendant-Appellant.

(No. 58470; )

First District (3rd Division)—July 5, 1973.

PER CURIAM.
SCHWARTZ, J., took no part.

S. M. Del Principe, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, (Kenneth L. Gillis and John M. Cutrone, Assistant State's Attorneys, of counsel,) for the People.